UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRADLEY C. REIFLER,

                         Appellant,

-v-

NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY,

                         Appellee.

No. 7:18-cv-02559-CS

On appeal from the United States Bankruptcy Court for the Southern District of New York

---

## NOTICE OF APPELLEE'S RULE 8020 MOTION FOR REASONABLE ATTORNEYS' FEES AND DOUBLE COSTS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 8020, Appellee North Carolina Mutual Life Insurance Company hereby moves for its reasonable attorneys' fees and double its costs incurred in defending this frivolous appeal.

Dated: March 29, 2018

                                          SQUIRE PATTON BOGGS (US), LLP

                                          By:  */s/ Norman N. Kinel*
                                                Norman N. Kinel, Esq.
                                                30 Rockefeller Plaza, 23rd Floor
                                                New York, NY 10112
                                                (212) 872-9800

                                                *Attorneys for Appellee North Carolina Mutual Life Insurance Company*